N THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT

THOMAS DAVIS,                              : No. 45 WM 2015
                                          :
                    Petitioner            :
                                          :
                                          :
                                          :
            v.                            :
                                          :
                                          :
                                          :
DEPARTMENT OF CORRECTIONS,                :
                                          :
                    Respondent            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.